UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALPH G. JOHNSON,

    Plaintiff,

vs.

THE BOEING COMPANY, et al.,

    Defendants.

NO. C17-706RSL

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered May 15, 2017, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 17th day of May, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT