The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RALPH JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>and<br><br>BARBARA WILEY, individually and on behalf of her marital community,<br><br>               Defendants. | Case No. 2:17-cv-00706-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**AND**<br>**PROPOSED ORDER**<br><br>**NOTING DATE: JUNE 13, 2017** |

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendants The Boeing Company ("Boeing") and Barbara Wiley ("Wiley") to file their respective Responses to Plaintiff's Complaint, which was filed on May 5, 2017 (Dkt. No. 1).

Plaintiff served Wiley with a copy of the Complaint on May 24, 2017. Plaintiff served Boeing with a copy of the Complaint on May 30, 2017. In the absence of an Order extending the deadline to respond to Plaintiff's Complaint, Defendant Wiley's response must be filed with the

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - (2:17-CV-00706-RSL) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

49536068.v1
227387\00050\49578214.v1

Court no later than June 14, 2017, and Defendant Boeing's response must be filed by no later than June 20, 2017.

The Parties now agree to extend both Defendants' time to answer, move, or otherwise respond to the Complaint to provide time for counsel to investigate the facts and the law in order to prepare an appropriate response to the complaint, and so that the Defendants Boeing and Wiley have the same deadline to respond. The parties therefore join in asking the Court to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint until Friday, June 30, 2017.

DATED on this 13th day of June, 2017

| LIFE POINT LAW | FOX ROTHSCHILD LLP |
|---|---|
| By: s/ Gregory A. McBroom<br>Gregory A. McBroom, WSBA #33133<br>Bryan C. White, WSBA #52020<br>LIFE POINT LAW<br>31919 6th Ave. S, #A100<br>Federal Way, WA 98003<br>Phone: (253) 838-3454<br>Email: McBroom@lifepointlaw.com<br>BWhite@lifepointlaw.com<br>*Attorneys for Plaintiff* | By s/Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>Fox Rothschild LLP<br>1001 Fourth Avenue, #4500<br>Seattle, WA 98154<br>Phone: 206-624-3600<br>Fax: 206-389-1708<br>Email: lshapero@foxrothschild.com<br>*Attorneys for Defendants The Boeing Company and Barbara Wiley* |

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - (2:17-CV-00706-RSL) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

49536068.v1
227387\00050\49578214.v1

## PROPOSED ORDER

Pursuant to the stipulated motion of the parties as set forth above, IT IS HEREBY ORDERED that the parties' motion is GRANTED, and IT IS HEREBY ORDERED that the deadline for Defendants' to answer, move, or otherwise respond to Plaintiff's Complaint is extended to June 30, 2017.

IT IS SO ORDERED this 14th day of June, 2017.

_____
Honorable Robert S. Lasnik
United States District Court Judge

Presented By:

FOX ROTHSCHILD LLP


/s/Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
Attorneys for Defendants


LIFE POINT LAW


/s/Gregory A. McBroom
Gregory A. McBroom, WSBA #33133
Attorneys for Plaintiff

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - (2:17-CV-00706-RSL) - 3

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

49536068.v1
227387\00050\49578214.v1