UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALPH G. JOHNSON,

   Plaintiff,

  v.

THE BOEING COMPANY,

   Defendant.

Case No. C17-706RSL

ORDER DENYING MOTION FOR LEAVE TO WITHDRAW

This matter comes before the Court on plaintiff counsel's motion for leave to withdraw. Dkt. # 47. LCR 83.2 states that a motion to withdraw "shall include a certification that the motion was served on the client and opposing counsel." LCR 83.2(b). In addition, "[i]f a withdrawal will leave a party unrepresented, the motion to withdraw must include the party's address and telephone number." Id.

The motion does not include a certification that it was served on plaintiff. It also appears plaintiff will be unrepresented following counsel's withdrawal, and the motion does not include plaintiff's contact information. For those reasons, the motion, Dkt. # 47, is DENIED without prejudice to counsel refiling the motion in accordance with LCR 83.2.

DATED this 23rd day of March, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR LEAVE TO WITHDRAW - 1