The Honorable Robert Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RALPH JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>and<br><br>BARBARA WILEY, individually and on behalf of her marital community,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-00706-RSL<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE & WITHOUT COSTS** |

STIPULATION FOR ORDER OF DISMISSAL WITH
PREJUDICE - (2:17-CV-00706-RSL) - 1

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX 650-843-4001

49536068.v1

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Ralph Johnson and Defendants The Boeing Company and Barbara Wiley (the "Parties") as follows: the Parties agree pursuant to Federal Rule of Civil Procedure 41(a)(1) that this action and all of the claims set forth therein shall be dismissed with prejudice. Except as otherwise agreed, the Parties shall bear their own fees and costs.

| | |
|---|---|
| By: *[signature]*<br>Ralph Johnson, *pro se* | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By s/Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: 206-876-5301<br>Fax: 206-693-7058<br>Email: laurence.shapero@ogletree.com<br><br>By: s/ Melinda Riechert<br>MORGAN, LEWIS & BOCKIUS LLP<br>Melinda S. Riechert (*pro hac vice*)<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: 650-843-7530<br>melinda.riechert@morganlewis.com<br><br>Attorneys for Defendants The Boeing Company and Barbara Wiley |

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE - (2:17-CV-00706-RSL) - 2

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX: 650-843-4001

49536068.v1

~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties as set forth above, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE with the Parties to bear their own attorneys' fees and costs unless otherwise agreed.

IT IS SO ORDERED this 5th day of April, 2018.

_____/s/ S Lasnik_____
United States District Court Robert S. Lasnik

Presented By :

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
Attorneys for Defendants

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE - (2:17-CV-00706-RSL) - 3

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX: 650-843-4001

49536068.v1